# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130492

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VICTORIA EASTERDAY,
      Plaintiff-Appellant,

v

SECREST WARDLE LYNCH HAMPTON
TRUEX & MORLEY, P.C., and
FRANK A. FLEISCHMANN,
      Defendants-Appellees.

SC: 130492
COA: 262650
Eaton CC: 04-001622-NM

_____/

      On order of the Court, the application for leave to appeal the December 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

t0522